## Mae S. Burton (Mrs. C. K. Burton), Appellee, v. Russell Firebaugh, Appellant.

Gen. No. 45,388.

William H. Noble, and Arthur Abraham, for appellant; Thomas W. Barrett, Jr., for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed October 16, 1951; released for publication November 9, 1951.